**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Savannah Ketchum,<br>Plaintiff(s),<br>v.<br>Vegas Auto Gallery Lotus,<br>Defendant(s). | Case No. 2:26-cv-02169-JAD-NJK<br>Order |

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

3. Plaintiff must comply with this order no later than August 7, 2026. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge