**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Savannah Ketchum,
Plaintiff(s),
v.
Vegas Auto Gallery Lotus,
Defendant(s).

Case No. 2:26-cv-02169-JAD-NJK

Order

[Docket Nos. 4, 5]

On August 10, 2026, the undersigned recommended dismissal for Plaintiff's failure to comply with the order to pay the filing fee or file an application to proceed *in forma pauperis*. Docket No. 4. On August 11, 2026, Plaintiff filed an application to proceed *in forma pauperis*, which is not signed and raises questions as to Plaintiff's finances. *See* Docket No. 5; *but see, e.g.*, Fed. R. Civ. P. 11(a). Given the attempt to file an application to proceed *in forma pauperis*, the undersigned **WITHDRAWS** the report and recommendation. Given the lack of signature, the Court **DENIES** without prejudice the application to proceed *in forma pauperis*. In light of a report and recommendation for dismissal for lack of subject matter jurisdiction being issued concurrently herewith, the Court will not inquire further at this time into Plaintiff's qualification to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: August 14, 2026

Nancy J. Koppe
United States Magistrate Judge